**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL J. REPOSH,** | : | |
| Plaintiff | : | **No. 3:12-cv-2524** |
| | : | |
| **v.** | : | |
| | : | |
| **MONROE COUNTY CORRECTIONAL** | : | |
| **FACILITY, et al.,** | : | |
| Defendants | : | |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

Donald Reposh, executor of the estate of Plaintiff Daniel J. Reposh, suggests upon the record, pursuant to Rule 25(a)(1), the death of Daniel J. Reposh, the sole plaintiff in this matter, during the pendency of this action.

Respectfully Submitted,

PRINCE LAW OFFICES, P.C.

_____
Allen R. Thompson, Esq.
PA ID 316424

Joshua Prince, Esq.
PA ID 306521

PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
AThompson@PrinceLaw.com
Joshua@PrinceLaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL J. REPOSH,** : | |
| Plaintiff : | **No. 3:12-cv-2524** |
| : | |
| **v.** : | |
| : | |
| **MONROE COUNTY CORRECTIONAL** : | |
| **FACILITY, et al.,** : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Allen R. Thompson, Esq., hereby certify that on December 17, 2015, I served a true and correct copy of Plaintiff's *Suggestion of Death* upon the following parties via the Court's electronic filing system:

Gerard J. Geiger, Esq.
712 Monroe Street
P.O. Box 511
Strougsburg, PA 18360
ggeiger@newmanwilliams.com
*Attorney for County Defendants*


John Ninosky
301 Market Street
P.O. Box 109
Lemoyne, PA 17043
jrn@jdsw.com
*Attorney for Primecare Defendants*

                                               Respectfully Submitted,

                                               PRINCE LAW OFFICES, P.C.

                                               _____
                                               Allen R. Thompson, Esq.
                                               PA ID 316424

                                               Joshua Prince, Esq.
                                               PA ID 306521

PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
AThompson@PrinceLaw.com
Joshua@PrinceLaw.com
*Attorney for Plaintiff*
